| | |
|---|---|
| **Fill in this information to identify your case:** | |

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Arandell Kentucky, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4491505** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**125 Richwood Road**<br>**Walton, KY 41094**<br>Number, Street, City, State & ZIP Code<br><br>**Boone**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.arandell.com** |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Arandell Kentucky, LLC**
 _____
 Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3231__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No
☑ Yes.

Debtor  **See Attachment 1**  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Arandell Kentucky, LLC**  
Name

Case number (*if known*) _____

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No  
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**   consolidated

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Arandell Kentucky, LLC**                        Case number (*if known*)
        Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/13/2020
                MM / DD / YYYY

**X**   **/s/ Bradley J. Hoffman**                      **Bradley J. Hoffman**
     Signature of authorized representative of debtor         Printed name

Title    **President and Chief Executive Officer**

**18. Signature of attorney**

**X**   **/s/ Andrew L. Magaziner**            Date   08/13/2020
     Signature of attorney for debtor                         MM / DD / YYYY

   **Andrew L. Magaziner**
   Printed name

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Firm name

**1000 NORTH KING STREET**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    302-576-3592      Email address    amagaziner@ycst.com

5426 (DE)
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

## ATTACHMENT 1 TO VOLUNTARY PETITION

Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, each of the related entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), will file or have filed a petition with the Court for relief under title 11 of the United States Code, 11 U.S.C. §§ 101–1532.  Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

**The Debtors are the following entities (along with their federal tax identification numbers):**

1. Arandell Holdings, Inc. (82-4555311)

2. Arandell Corporation (39-0554270)

3. Arandell Kentucky, LLC (82-4491505)

**Fill in this information to identify the case:**

Debtor name: **Arandell Kentucky, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/13/2020**     **X /s/ Bradley J. Hoffman**
                                                  Signature of individual signing on behalf of debtor

                                                  **Bradley J. Hoffman**
                                                  Printed name

                                                  **President and Chief Executive Officer**
                                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   Arandell Kentucky, LLC

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Graphic Arts Industry JT Pension Plan<br>Angela Alvey Fund Administrator<br>Board of Trustee - Pension Trust<br>25 Louisiana Ave NW<br>Washington, DC  20001-2130 | PHONE: 202-508-6670<br>EMAIL: aalvey@gciu.org | Trade - Union Pension Withdrawal Liability | Contingent | | | $98,600,246.00 |
| 2 | Graphic Communication Conference<br>Georges N. Smetana, administrator<br>International Brotherhood of Teamsters<br>Trustees of GCC/IBT Nat`l Pension Fund<br>455 Kehoe Blvd, Ste 101<br>Carol Stream, IL  60188 | PHONE: 630-871-7733<br>EMAIL: gsmetana@gccibtnpf.org | Trade - Union Pension Withdrawal Liability | Contingent | | | $76,221,843.98 |
| 3 | U S Small Business Administration<br>Eric Ness, District Director<br>Wisconsin District Office<br>310 West Wisconsin Avenue 580W<br>Milwaukee, WI  53203 | PHONE: 414-297-1471<br>EMAIL: Eric.ness@sba.gov | PPP Loan Program: | Unliquidated | | | $7,765,500.00 |
| 4 | Horizon Paper Co Inc<br>Jim Conkling - CFO<br>Dept. 7119<br>Carol Stream, IL  60122-7119 | PHONE: 203-358-0855 x 112<br>EMAIL: jconkling@horizonpaper.com | Accounts Payable | | | | $5,198,515.13 |
| 5 | Trend Offset Printing Services<br>3791 Catalina Street<br>Los Alamitos, CA  90720 | PHONE: 562-598-2446<br>EMAIL: mahmed@trendoffset.com | **Guaranty-primary obligor (KY Acquisition Note-seller)** | | $1,950,730.00 | UNKNOWN | $1,950,730.00 |
| 6 | Hubergroup Inc.<br>Martin Weber - President<br>Dept CH 16836<br>Palatine, IL  60055-6836 | **PHONE: 815-929-9293<br>EMAIL:<br>martin.weber@hubergroup.cpom** | **Accounts Payable** | | | | $607,570.68 |
| 7 | Progressive Converting<br>Dan Curtin - President<br>2430 E Glendale Ave<br>Appleton, WI  54911 | PHONE: 800-637-7310<br>EMAIL: danc@pro-con.net | Accounts Payable | | | | $605,324.46 |
| 8 | Burton & Mayer, Inc.<br>Jennifer Burton-Ziemann - President<br>4230 N Oakland Ave #290<br>Milwaukee, WI  53211 | PHONE: 262-703-9117<br>EMAIL: jennyz@burtonmayer.com | Accounts Payable | | | | $570,933.69 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor    Arandell Kentucky, LLC
          Name

Case number (*if known*)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | LSC Communications<br>Dan Pevonka - VP Client Financial Serv<br>PO Box 932987<br>Cleveland, OH  44193 | PHONE: 630-821-3108<br>EMAIL: dan.pevonka@lsccom.com | Accounts Payable | | | | $403,331.81 |
| 10 | Midland Paper Company<br>Ralph Deletto - CFO<br>135 S Lasalle St, Dept 1140<br>Chicago, IL  60674-0001 | PHONE: 847-777-2745<br>EMAIL:<br>ralph.deletto@midlandpaper.com | Accounts Payable | | | | $352,635.49 |
| 11 | Pinwheel Logistics Inc<br>Johnny Kwiatkowski - President<br>PO Box 610028<br>Dallas, TX  75261-0028 | PHONE: 773-676-9721 x201<br>EMAIL:<br>johnny@pinwheellogistics.com | Accounts Payable | | | | $303,668.00 |
| 12 | Continental Web Press<br>Attn: John Lavorini<br>1430 Industrial Dr<br>Ken Field - President<br>Itasca, IL  60143 | PHONE: 630-773-1903<br>EMAIL:<br>kfield@continentialweb.com | Accounts Payable | | | | $300,605.59 |
| 13 | Fairmont Logistics<br>Carlos Nistal - Controller<br>9663 Santa Monica Blvd, Ste 1092<br>Beverly Hills, CA  90210 | PHONE: 424-228-9019<br>EMAIL:<br>carlos@fairmontlogistics.com | Accounts Payable | | | | $250,724.50 |
| 14 | Smyth<br>Cassie Hougdahl - Acct Manager<br>NW 9556<br>PO Box 1450<br>Minneapolis, MN  55485-9556 | PHONE: 612-230-6012<br>EMAIL: chougdahl@smythco.com | Accounts Payable | | | | $216,493.75 |
| 15 | WE Energies<br>Customer Service<br>PO Box 90001<br>Milwaukee, WI  53290-0001 | PHONE: 800-842-4565<br>EMAIL: Bankruptcy-Notification@we-energies.com | Accounts Payable | | | | $211,774.14 |
| 16 | Tom Patterson<br>4255 Weeping Willow Lane<br>Huntingtown, MD  20639 | PHONE: 202-497-7600<br>EMAIL: tpatterso22@gmail.com | Accounts Payable | | | | $200,000.00 |
| 17 | Microsoft Corporation<br>Customer Service<br>1950 N Stemmons Fwy Ste 5010<br>LB842467<br>Dallas, TX  75207 | PHONE: 800-642-7676<br>EMAIL: aocap@microsoft.com | Accounts Payable | | | | $163,143.40 |
| 18 | RRD Response Marketing Solutions<br>Gayle Sebastian - Senior Analyst<br>5501 W Grand Ave<br>Chicago, IL  60639-2909 | PHONE: 630-322-6892<br>EMAIL: gayle.a.sebastian@rrd.com | Accounts Payable | | | | $156,705.18 |
| 19 | Trend AT LLC<br>Andres Toro - President<br>2627 S Bayshore Dr #3102<br>Miami, FL  33133 | PHONE: 305-965-9312<br>EMAIL: atoro@trendatcorp.com | Accounts Payable | | | | $153,123.77 |
| 20 | United Mailing Services<br>Mark Kolb - VP<br>3625 N 126th St<br>Brookfield, WI  53005 | PHONE: 262-783-7868<br>EMAIL:<br>mkobl@unitedmailingservices.com | Accounts Payable | | | | $134,652.14 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ARANDELL HOLDINGS, INC., *et al.,* [1] | Case No. 20-_____(__) |
| Debtors. | (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS PURSUANT
TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Arandell Holdings, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases hereby state as follows:

1. Debtor Arandell Holdings, Inc. is owned by the following non-debtor individuals:

| Individual | Ownership Percentage[2] |
|---|---|
| Bradley J. Hoffman | Class A Units: 100.0% <br> Class B Units: 69.0% |
| Rick Kropski | Class B Units: 8.2% |
| David Kane | Class B Units: 5.8% |
| Terry Tschetter | Class B Units: 4.1% |
| Amy Kane | Class B Units: 3.5% |
| Wendy Hunjadi | Class B Units: 3.5% |
| Susan Pinter | Class B Units: 2.3% |
| Jim Karrmann | Class B Units: 2.1% |

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: Arandell Holdings, Inc. (5311), Arandell Corporation (4270), and Arandell Kentucky, LLC (1505). The Debtors' corporate headquarters is located at N82 W13118 Leon Road, Menomonee Falls, WI 53051.

[2] Ownership percentages have been rounded to the nearest tenth.

| | |
|---|---|
| Joe Graceffa[3] | Class B Units:  1.5% |

2. Debtor Arandell Holdings, Inc. owns 100% of the equity interests in Debtor Arandell Corporation.

3. Debtor Arandell Holdings, Inc. owns 100% of all membership interests in Debtor Arandell Kentucky, LLC.

---

[3] Joe Graceffa passed away on January 3, 2019 and his shares are pending the resolution of Graceffa's Estate.

JOINT RECORD OF ACTION TAKEN BY CONSENT OF THE
SOLE MANAGER AND MEMBER OF
ARANDELL KENTUCKY, LLC

The undersigned sole manager of ARANDELL KENTUCKY, LLC, a Wisconsin limited liability company (the "Company"), and the undersigned holder of all of the issued and outstanding membership units of the Company, adopt the following recitals and resolutions taken without a meeting in accordance with Chapter 183 of the Wisconsin statutes and applicable provisions of the Company's Memorandum of Organization and Operating Agreement:

## RECITALS

A. The undersigned acknowledge that multiple financial and other defaults have occurred and have continued for several months and, as a result, the Company has been engaged in discussions regarding strategic alternatives and restructuring, including, without limitation, the filing of a petition seeking relief under the provisions of chapter 11 of title 11, United States Code, (the "Bankruptcy Code").

B. In the judgment of the undersigned it is desirable and in the best interests of the Company, its creditors, members and other interested parties that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code in which the authority to operate as a debtor-in-possession will be sought (the "Bankruptcy Petition").

C. The undersigned deem it to be in the best interest of the Company to file the Bankruptcy Petition and initiate a bankruptcy case and proceedings (the "Bankruptcy Proceedings").

## RESOLUTIONS

1. The filing of the Bankruptcy Petition and initiation of the Bankruptcy Proceedings are in all respects ratified, confirmed and approved.

2. Bradley J. Hoffman ("Mr. Hoffman"), in his capacity of the Manager of the Company, be and hereby is, authorized and directed, for and on behalf of the Company, to execute and verify the Bankruptcy Petition under chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the District of Delaware.

3. Mr. Hoffman and any other person or persons designated and authorized to so act by the Corporation in such capacity (each, an "Authorized Officer" and together, the "Authorized Officers"), be and they hereby are, authorized to execute, verify and/or file or cause to be filed (or direct others to do so on their behalf), all documents, including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under chapter 11 of the Bankruptcy Code, and in that connection to retain and employ Steinhilber Swanson LLP, as principal bankruptcy counsel, and Young Conaway Stargatt & Taylor, LLP as Delaware local bankruptcy counsel, Harney Partners as financial advisors, BMC Group, Inc. as bankruptcy Claims Agent, Promontory Point Capital as investment banker, von Briesen & Roper s.c., as ordinary course corporate counsel and to retain and employ other legal counsel or other professionals which they

deem necessary or proper with a view to the successful conclusion of such bankruptcy case (together, the "Restructuring Professionals"). The Authorized Officers of the Corporation are hereby may authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the Bankruptcy Proceeding, and to cause to be filed an application for authority to retain the services of the Restructuring Professionals.

4. The Authorized Officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the Bankruptcy Proceeding, and to cause to be filed an application for authority to retain the services of the Restructuring Professionals.

5. The Authorized Officers be, and each of them hereby is, authorized and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions.

6. The Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Company to take or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

7. The Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Corporation to consummate the transactions contemplated by the DIP Financing Motion in accordance with the terms and provisions set forth therein, as such terms and provisions may be supplemented, altered or replaced with his approval, such approval to be conclusively evidenced by his execution of any document or memorializing such supplemental, altered or replacement terms or provisions

8. All acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

9. Any requirement of notice to take action in adopting the recitals and resolutions set forth in this Joint Record of Action is hereby waived.

This Joint Record of Action is dated effective as of August 10, 2020.

SOLE MANAGER:

*[signature]*

Bradley J. Hoffman

2

SOLE MEMBER:

ARANDELL HOLDINGS, INC.,

By: _____
Bradley J. Hoffman, President

34230199_1.DOCX

3