IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF | : | CHAPTER 7 |
| | : | |
| Arandell Kentucky, LLC | : | Case No. 20-11943 (JTD) |
| | : | |
| Debtor. | : | |

NOTICE TO INTERIM TRUSTEE/ TRUSTEE OF SELECTION IN AN ASSET CASE

TO:    David Carickhoff

You are hereby notified of your appointment in an asset case as Interim Trustee/Trustee of the estate of the above named debtor. The amount of your bond has been fixed by the United States Trustee.  You are required to notify **T. PATRICK TINKER, ASSISTANT UNITED STATES TRUSTEE,** at J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Wilmington, DE. 19801 in writing within (5) days after receipt of this notice only if you reject this case.

> ANDREW R. VARA
> UNITED STATES TRUSTEE, REGIONS 3 & 9
> T. PATRICK TINKER
> ASSISTANT UNITED STATES TRUSTEE

DATED:    November 10, 2020