# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

### In re: Arandell Kentucky LLC, Case No. 20-11941
### Register of Proofs of Claim Filed • Sorted by: Claim Number

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|
| KUSTOM PRINTING PRODUCTS INC<br>LORIE HOLLOWAY<br>157 GEORGIA LANE<br>SMITHVILLE, TN  37166 | 20-11943<br>Arandell Kentucky LLC | 15 | 8/26/2020 | $3,955.46<br>$3,955.46<br>$3,955.46 | | ( U )<br>( T )<br>[CDT] |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>DEPARTMENT OF TREASURY<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | 20-11943<br>Arandell Kentucky LLC | 45 | 9/16/2020 | $417,369.78<br>$24,868.29<br>$442,238.07<br>$442,238.07 | [U]<br>[U]<br>[U]<br>[U] | ( P )<br>( U )<br>( T )<br>[CDT] |
| CROWN SERVICES, INC.<br>2800 CORPORATE EXCHANGE DR. SUITE 220<br>COLUMBUS, OH  4321 | 20-11943<br>Arandell Kentucky LLC | 52 | 9/29/2020 | $39,036.86<br>$39,036.86<br>$39,036.86 | | ( U )<br>( T )<br>[CDT] |
| FARRAGUT MEZZANINE PARTNERS III LP<br>PHILIP A MCNNEILL<br>BOTH IN ITS OWN CAPACITY AND AS COLLATERAL AGENT<br>5301 WISCONSIN AVENUE NW, SUITE 410<br>WASHINGTON, DC  20015 | 20-11943<br>Arandell Kentucky LLC | 65 | 10/15/2020 | $6,302,978.40<br>$6,302,978.40<br>$6,302,978.40 | | ( S )<br>( T )<br>[CDT] |
| SPELL CAPITAL MEZZANINE PARTNERS SBIC LP<br>PHILIP A MCNEILL<br>BY FARRAGUT MEZZANINE PARTNERS III LP<br>AS COLLATERAL AGENT<br>5301 WISCONSIN AVENUE<br>NW SUITE 410<br>WASHINGTON, DC  20015 | 20-11943<br>Arandell Kentucky LLC | 73 | 10/21/2020 | $2,386,690.09<br>$2,386,690.09<br>$2,386,690.09 | | ( S )<br>( T )<br>[CDT] |
| WW GRAINGER INC<br>401 SOUTH WRIGHT ROAD<br>W4W R47<br>JANESVILLE, WI  53546 | 20-11943<br>Arandell Kentucky LLC | 83 | 11/5/2020 | $5,599.22<br>$817.22<br>$6,416.42<br>$6,416.44<br>$6,416.44 | | ( A )<br>( U )<br>( T )<br>[CT]<br>[CDT] |

  * [C]: Contingent  [U]: Unliquidated  [D]: Disputed

 ** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        but does not necessarily represent the total claim as indicated by the creditor.

***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
        unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.

*This Register of Proofs of Claim Filed is continually subject to audit and update.*

**In re: Arandell Kentucky LLC, Case No. 20-11941**
Register of Proofs of Claim Filed • Sorted by: Claim Number

| Creditor Name / Address | Case Number / Case Name | Claim Number | Claim Date | Total | *CUD | **Class / ***Totals |
|---|---|---|---|---|---|---|

### Report totals for Register of Proofs of Claim Filed

Totals are reported in each Amount Class (**) and Totals grouping (***)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | $5,599.22 | | ( A ) |
| | | | | $8,689,668.49 | | ( S ) |
| | | | | $417,369.78 | | ( P ) |
| | | | | $68,677.83 | | ( U ) |
| | | | | $9,181,315.30 | | ( T ) |
| | | | | $9,181,315.32 | | [CT] |
| | | | | $9,181,315.32 | | [CDT] |

**Total Claims Count: 6**

* [C]: Contingent  [U]: Unliquidated  [D]: Disputed      *This Register of Proofs of Claim Filed is continually subject to audit and update.*

** ( A ): Administrative  ( P ): Priority  ( S ): Secured  ( U ): Unsecured  ( T ): Claimed Total

*** [CT]: Calculated Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
    but does not necessarily represent the total claim as indicated by the creditor.

***[CDT]: Current Deemed Total reflects the sum value of each individual classification as indicated on the proof of claim form by the creditor,
    unless the claim has been modified by Order, Stipulation, or Claim Withdrawal.   Then, the modified amount is reflected.