**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Arandell Kentucky, LLC** (Name) | EIN | **82−4491505** |
| United States Bankruptcy Court | **District of Delaware** | Date case filed in chapter **11** | **8/13/20** |
| Case number: | **20−11943−JTD** | Date case converted to chapter **7** | **11/4/20** |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set

**10/20**

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**
**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**
The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.
To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302−573−6491).**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Arandell Kentucky, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 125 Richwood Road<br>Walton, KY 41094 | |
| 4. **Debtor's attorney**<br>Name and address | Andrew L Magaziner<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Contact phone 302−571−6600<br><br>Email: bankfilings@ycst.com |
| 5. **Bankruptcy trustee**<br>Name and address | David W. Carickhoff<br>Archer & Greiner, P.C.<br>300 Delaware Ave<br>Suite 1100<br>Wilmington, DE 19801 | Contact phone 302−777−4350<br><br>Email: dcarickhoff@archerlaw.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday − Friday 8:00 AM − 4:00 PM<br><br>Contact phone 302−252−2900<br><br>Date: 11/30/20 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 21, 2020 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**844 King Street, Room 3209, Wilmington, DE 19801** |

**For more information, see page 2 >**

Debtor **Arandell Kentucky, LLC** Case number **20−11943−JTD**

| | |
|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):** **Filing deadline: 1/13/21**<br><br>**Deadline for governmental units to file a proof of claim:** **Filing deadline: 5/3/21**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed either electronically or as a paper document. For more information on how to file a Proof of Claim, visit the Delaware Bankruptcy Court's website at www.deb.uscourts.gov/claims−information or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |