**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ARANDELL KENTUCKY, LLC, | Case No. 20-11943 (JTD) |
| Debtor. | Re: Docket Nos. 18, 29 |

**AGREED ORDER GRANTING ACCORD CAPX LLC'S MOTION**
**FOR RELIEF FROM STAY AND MOTION TO COMPEL**
**CHAPTER 7 TRUSTEE'S ABANDONMENT OF PROPERTY**

Upon consideration of the certification of counsel submitted by Accord CapX LLC ("Accord CapX") [D.I. 29] (the "Certification of Counsel"); and upon *Accord CapX LLC"s Motion for Relief From Stay and Motion to Compel Chapter 7 Trustee's Abandonment of Property* (the "Motion") [D.I. 18] and the representations made in the Certification of Counsel with respect to the Motion and resolution thereof;. and it appearing that notice of the Motion was sufficient and proper under the circumstances, and that no other or further notice need be given; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estates and all creditors and other parties in interest; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The automatic stay is modified pursuant to 11 U.S.C. § 362 to allow Accord CapX to take possession of the Equipment (as defined in the Motion) and to enforce its rights in accordance with the agreement and/or applicable state laws and to find that Federal Rule of Bankruptcy Procedure 400l(a)(3) is waived and Accord CapX may immediately enforce and implement the Order Modifying the Automatic Stay;

2. The Lease (as defined in the Motion) is hereby deemed rejected and the estate's interest in the Equipment is hereby abandoned and Accord CapX is permitted to retrieve the Equipment.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry and not subject to any stay.

4. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to this Order.

Dated: December 21st, 2020
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE