# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARANDELL KENTUCKY, LLC,<br><br>                      Debtor. | Chapter 7<br><br>Case No. 20-11943 (JTD)<br><br>Hearing Date: 3/2/21 @ 1:00 p.m.<br>Objection Deadline: 2/23/21 @ 4:00 p.m. |

### NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENT OF ESTATE CLAIMS AGAINST STAG INDUSTRIAL HOLDINGS, LLC PURSUANT TO FED. R. BANKR. P. 9019

PLEASE TAKE NOTICE that David W. Carickhoff, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of the above-captioned debtor has filed the *Chapter 7 Trustee's Motion for an Order Approving Settlement of Estate Claims Against STAG Industrial Holdings, LLC Pursuant to Fed. R. Bankr. P. 9019* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), on or before **February 23, 2021 by 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **March 2, 2021 @ 1:00 p.m. (ET)** before the Honorable John T. Dorsey, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

Dated: February 9, 2021

*/s/ David W. Carickhoff*
David W. Carickhoff (No. 3715)
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
Email: dcarickhoff@archerlaw.com

*Chapter 7 Trustee*

220321622v1