IN THE UNITED STATES BANKRUPTCY COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARANDELL KENTUCKY, LLC,<br><br>　　　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 20-11943 (JTD)<br><br>Re: Dkt. No. ____ |

**ORDER APPROVING SETTLEMENT OF ESTATE CLAIMS AGAINST
STAG INDUSTRIAL HOLDINGS, LLC
PURSUANT TO FED. R. BANKR. P. 9019**

Upon consideration of the Chapter 7 Trustee's Motion, pursuant to Fed. R. Bankr. P. 9019 (the "Motion"),[1] for an Order Approving the Stipulation (the "Stipulation") by and among the Trustee, on behalf of the Debtor's estate, and STAG Industrial Holdings, LLC; and the Court having reviewed the Motion and the Stipulation described in and attached to the Motion; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334, (b) notice of the Motion, and any hearing thereon, was adequate under the circumstances, and (c) all persons with standing have been afforded the opportunity to be heard on the Motion, it is hereby

**ORDERED AS FOLLOWS:**

1. The Motion is granted as set forth herein.

2. The Stipulation is hereby approved.

3. The Trustee is hereby authorized to take all actions necessary or desirable to effectuate the Stipulation.

4. This Court hereby directs the Escrow Agent to release any and all funds in

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

Escrow, less any fees or reimbursement of expenses owed to the Escrow Agent under the Escrow Agreement, as follows: $41,666.67 to the Trustee, $1,500 to the Escrow Agent for accrued fees, and the balance of the funds in Escrow (estimated to be $1,456,833.32) to STAG. Each Party shall provide the Escrow Agent with its wiring instructions for the release and delivery of its share of the funds in Escrow. After the funds in Escrow are released to the Parties in accordance with this Stipulation, the Escrow will be deemed to be terminated.

5. The automatic stay under section 362 of the Bankruptcy Code, to the extent applicable, is hereby modified without further order of this Court to permit the release of the funds in Escrow on the terms and conditions set forth in this Order and the Stipulation.

6. The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the Stipulation and (ii) resolve any disputes arising under or in connection with the Stipulation and any related documents. Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

220298531v2