# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ARANDELL KENTUCKY, LLC, | Case No. 20-11943 (JTD) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on February 9, 2021, I caused copies of the *Chapter 7 Trustee's Motion for an Order Approving Settlement of Estate Claims Against STAG Industrial Holdings, LLC Pursuant to Fed. R. Bankr. P. 9019* to be served on all parties via electronic mail on the attached service list.

Dated: February 9, 2021

/s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
Email: dcarickhoff@archerlaw.com

*Chapter 7 Trustee*

**SERVICE LIST**

Rosa Sierra
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302-573-6491 x6492
302-573-6497 (fax)
rosa.sierra@usdoj.gov

William A. Hazeltine
Sullivan Hazeltine Allinson LLC
919 North Market Street
Suite 420
Wilmington, DE 19801
302-428-8191
302-428-8195 (fax)
Bankruptcy001@sha-llc.com

Andrew L Magaziner
Matthew P. Milana
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
bankfilings@ycst.com
mmilana@ycst.com

Commonwealth Land Title Insurance Company
John Gunasti, Vice President and Commercial Counsel
265 Franklin Street, 8th Floor
Boston, MA 02110
john.gunasti@fnf.com

Richard L. Blumenthal
51 Winchester St
Newton Highlands, MA 02461
617-527-1150
617-964-8676 (fax)
Richardlblumenthal@gmail.com

Douglas B. Rosner
Goulston & Storrs, P.C.
400 Atlantic Ave.
Boston, MA 02110
617-482-1776
617-576-4290 (fax)
drosner@goulstonstorrs.com

Eric M. Sutty
Rafael Xavier Zahralddin-Aravena
Armstrong Teasdale LLP
300 Delaware Avenue, Suite 210
Wilmington, De 19801
302-824-7089
esutty@atllp.com
rzahralddin@atllp.com

220321680v1